# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amber Machowski,<br><br>    Plaintiff(s),<br><br>    v.<br><br>La Fayette Plaza Investors L.P. et al,<br><br>    Defendant(s). | Case No. SACV 21-01656-JLS (JDEx)<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |

      On January 28, 2022, Plaintiff filed a Notice of Settlement (Doc. 17), indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed and that this action is removed from the Court's active caseload.  The case will not be reopened absent a written showing of good cause filed within sixty (60) days of this order.

      The parties shall file a Stipulation of Dismissal no later than February 23, 2022 (the "Dismissal Date").  If no dismissal is filed, the Court deems the matter dismissed at that time.

      Until the Dismissal Date, the Court retains full jurisdiction over this action.

      Any outstanding Orders to Show Cause are discharged.

IT IS SO ORDERED.

      DATED: January 28, 2022

                                          JOSEPHINE L. STATON
                                          HONORABLE JOSEPHINE L. STATON
                                          UNITED STATES DISTRICT JUDGE