# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MACHOWSKI, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>LA FAYETTE PLAZA INVESTORS L.P., a California limited partnership; and Does 1-10,<br><br>    Defendants. | Case No.: 8:21-cv-01656-JLS-JDE<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

    Pursuant to the Joint Stipulation for Dismissal with Prejudice of All Defendants (Doc. 19), it is hereby ORDERED that Plaintiff Amber Machowski's action against Defendant La Fayette Plaza Investors L.P. is dismissed with prejudice. Each party will be responsible for its own fees and costs.

DATED: February 28, 2022

                                                      _____
                                                  HON. JOSEPHINE L. STATON
                                                  UNITED STATES DISTRICT JUDGE